UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5937**

Case Title: **Do No Harm**   vs. **William Lee**

List all clients you represent in this appeal:

**DO NO HARM, a nonprofit corporation incorporated in the State of Virginia**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua P. Thompson**   Signature: s/ **Joshua P. Thompson**

Firm Name: **Pacific Legal Foundation**

Business Address: **555 Capitol Mall, Suite 1290**

City/State/Zip: **Sacramento, CA 95814**

Telephone Number (Area Code): **916-419-7111**

Email Address: **jthompson@pacificlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---