UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5937**

Case Title: **Do No Harm** vs. **William Byron Lee**

List all clients you represent in this appeal:

**William Lee (official capacity as Governor State of Tennessee)**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Ryan Nicole Henry**     Signature: s/ **Ryan N. Henry**

Firm Name: **Office of the Tennessee Attorney General**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **(615) 532-2935**

Email Address: **ryan.henry@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17