## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: January 22, 2025

Ms. Anastasia P. Boden  
Mr. Joshua Paul Thompson  
Pacific Legal Foundation  
555 Capitol Mall  
Suite 1290  
Sacramento, CA 95814

Ms. Ryan Nicole Henry  
Office of the Attorney General  
of Tennessee  
500 Charlotte Avenue  
Nashville, TN 37122

Re: Case No. 24-5937, *Do No Harm v. William Lee*  
Originating Case No.: 3:23-cv-01175

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending settlement negotiations. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions. Appellee shall file a status report every 30 days. The first status report is due **February 24, 2025**.

Sincerely,

s/Antoinette Macon  
Case Manager  
Direct Dial No. 513-564-7015