No.  24-5937

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Jun 2, 2026

KELLY L. STEPHENS, Clerk

DO NO HARM, a nonprofit corporation
incorporated in the State of Virginia,

      Plaintiff-Appellant,

v.

WILLIAM BYRON LEE, in his official capacity
as Governor of the State of Tennessee,

      Defendant-Appellee.


Before: WHITE, BUSH, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

      THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

      IT IS HEREBY ORDERED that this matter is DISMISSED.

                    ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk